# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM,<br><br>*Plaintiff*,<br><br>v.<br><br>JENSEN TIRE CO.; RUSSELL L. BLOCK, IN HIS CAPACITY AS TRUSTEE OF THE RUSSELL L. BLOCK AND JUDITH N. KEEP REVOCABLE TRUST UTA DATED AUGUST 9, 2002; and NELSEN DOWNTOWN PROPERTIES, LLC,<br><br>*Defendants*. | Case No. 8:18-cv-00134-MDN<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, that all claims asserted in the above-captioned case by Plaintiff Zach Hillesheim may be dismissed with prejudice, and that this Court may enter an Order dismissing the claims asserted by Plaintiff Zach Hillesheim with prejudice and without costs, expenses, or disbursements to any party.

Dated: June 22, 2018

**HOUGHTON BRADFORD WHITTED, PC, LLO**

/s/ Justin Eichmann
Justin Eichmann #22405
Houghton Bradford Whitted, PC, LLO
6457 Frances Street, Suite 100
Omaha, NE 68106

Dated: June 22, 2018

**BROWNE LAW LLC**

/s/ Padraigin L. Browne
Padraigin L. Browne (MN Bar # 389962)
Browne Law LLC
8530 Eagle Point Blvd, Suite 100
Lake Elmo, MN 55042
E-mail: paddy@brownelawllc.com

1

Email: jeichmann@houghtonbradford.com
(402) 964-2725
**ATTORNEYS FOR DEFENDANTS**

Phone: (612) 293-4805
**ATTORNEYS FOR PLAINTIFF**